IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JAVONTE ODARIOU YOUNG,**

    Petitioner,

v.                                                                                              Case No. 1:25-cv-26-AW-HTC

**CHAD SCOTT, et al.,**

    Respondents.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Javonte Young sought § 2241 relief based on his claim of excessive bond. ECF No. 1. After careful consideration and a de novo review, I now adopt the magistrate judge's report and recommendation (ECF No. 12) and incorporate it into this order. I conclude, as did the magistrate judge, that *Younger* abstention applies.

The state court held multiple hearings and maintained a $300,000 bond. The First DCA denied Young's petition for relief. The magistrate judge explained some of the procedural history as background. In his objections, Young takes issue with some of the magistrate judge's conclusions in doing so. For example, Young says the magistrate judge wrongly suggested he was on probation. ECF No. 13 at 4. But even if correct, this is beside the point. Because *Younger* abstention applies, we do not review the correctness of the state court's bond decision.

As to *Younger* itself, Petitioner does not dispute the existence of an ongoing state judicial proceeding that implicates important state interests. He does not offer

1

any meaningful argument regarding any exception to *Younger*. Instead, he argues that because the First DCA took too long to review the state trial court's decision, it effectively lost jurisdiction of the matter, which by then lay exclusively in federal court. ECF No. 13 at 2-3. And, he argues, this means "[t]he opinion of the First District Court of Appeal is null and void and must be vacated." *Id.* at 3.

After a de novo review, I overrule all objections. The clerk will enter a judgment that says, "This case is dismissed without prejudice based on *Younger* abstention." The clerk will then close the file.

SO ORDERED on December 24, 2025.

s/ *Allen Winsor*
Chief United States District Judge